**FILED**

JUL 22 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEVIN PARKER,<br><br>Petitioner,<br><br>v.<br><br>R. T. C. GROUNDS,<br><br>Respondent. | Case No. C 14-2517 PSG (PR)<br><br>**ORDER OF TRANSFER** |

On June 2, 2014, petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas relief from his underlying criminal sentence from the Superior Court of Sacramento County, which lies in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.[2] Here, the Eastern District of California is the district of conviction. Accordingly, this case is TRANSFERRED to the Eastern District of California.[3]

---

[1] *See* 28 U.S.C. § 2241(d).

[2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

[3] *See* 28 U.S.C. § 1404(a).

Case No. C 14-2517 PSG (PR)
ORDER OF TRANSFER

1 | IT IS SO ORDERED.
2 | DATED: 7.22.14

                                                  PAUL S. GREWAL
                                                  United States Magistrate Judge

Case No. C 14-2517 PSG (PR)
ORDER OF TRANSFER                      2